AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

DEMETRI ALEXANDER,

    Plaintiff,

V.

DIANA L. SULLIVAN, *et al.*,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:14-cv-00589-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed, without prejudice, in its entirety for failure to state a claim.

April 13, 2015                                            **LANCE S. WILSON**
                                                                                    Clerk

                                                                                    /s/ J. Cotter
                                                                                    Deputy Clerk